No. 78–749.  KENTUCKY v. WHORTON.  Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–5384.  SANDSTROM v. MONTANA.  Sup. Ct. Mont. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–6300.  BHILLIPS, AKA GERGEL v. PENNSYLVANIA. Sup. Ct. Pa.  Certiorari denied.

No. 78–342.  JARA v. MUNICIPAL COURT FOR THE SAN ANTONIO JUDICIAL DISTRICT OF LOS ANGELES COUNTY (COUNTY OF LOS ANGELES ET AL., REAL PARTIES IN INTEREST).  Sup. Ct. Cal.  Certiorari denied.

No. 78–373.  TOOMER v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 78–388.  TEX-LA ELECTRIC COOPERATIVE, INC., ET AL. v. ANDRUS, SECRETARY OF THE INTERIOR, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 78–393.  PIERCEALL v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 78–394.  COSTANZO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–399.  NABORS v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.